UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WBM MEDICAL ASSOCIATES, ET AL**

V.                                              **CIVIL ACTION NO. 18-11269-DJC**

**CYNOSURE, INC.**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated September 1, 2020, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

September 1, 2020                              /s/ Lisa M. Hourihan
                                               Deputy Clerk